Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Abbas Kazerounian (Bar No. 249203)
Mona Amini (Bar No. 296829)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Tel: 949-612-9999
ak@kazlg.com
mona@kazlg.com

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WANDA SMITH, individually and on behalf of all others similarly situated, <br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendant. | Case No. 17-cv-00629-CJC-AFM<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY, DIRECT CLASS NOTICE, AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing: August 24, 2020<br>Time: 1:30 p.m.<br>Courtroom: 9B |

**PLEASE TAKE NOTICE** that on Monday, August 24, 2020, at 1:30 p.m., or as soon thereafter as the parties may be heard, before the Honorable Cormac J. Carney, Plaintiff Wanda Smith ("Plaintiff") will, and hereby does, move the Court for entry of an order granting Plaintiff's unopposed motion to lift stay, direct class notice, and grant preliminary approval of this class action settlement, concluding that it will likely be able to approve the proposed Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e) and that the prerequisites of Rules 23(a) and (b)(3) have been met; approving the proposed class notice submitted as Exhibit 1 to the Settlement Agreement and authorizing the dissemination of Notice to the Class; appointing Wanda Smith as the Class Representative and Norman E. Siegel and J. Austin Moore of Stueve Siegel Hanson LLP as interim class counsel pursuant to Rule 23(g)(3); appointing Angeion Group as the Settlement Administrator with responsibility for administering the settlement fund and disseminating notice in accordance with the Agreement; and setting settlement deadlines and scheduling a final approval hearing.

Plaintiff respectfully seeks to proceed with the preliminary approval hearing telephonically or by videoconference pursuant to Central District of California General Order No. 20-05, *In re Coronavirus Public Emergency Further Order Concerning Jury Trials and Other Proceedings*, which provides in pertinent part that "hearings in civil cases will only go forward by video or telephonic conference."[1]

This motion is based on this notice of motion and motion, the memorandum and all exhibits and attachments thereto, and upon such other and further oral or documentary evidence as may be presented to the Court. Plaintiff has conferred with Defendant's counsel and Defendant has represented it does not oppose this motion.

---

[1] Available at: https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2020-05_0.pdf.

| | | |
|---|---|---|
| Dated: July 20, 2020 | By: | /s/ Norman E. Siegel |

                                  Norman E. Siegel (*pro hac vice*)
                                  J. Austin Moore (*pro hac vice*)
                                  **STUEVE SIEGEL HANSON LLP**
                                  460 Nichols Road, Suite 200
                                  Kansas City, Missouri 64112
                                  Tel: 816-714-7100
                                  siegel@stuevesiegel.com
                                  moore@stuevesiegel.com

                                  Abbas Kazerounian (Bar No. 249203)
                                  Mona Amini (Bar No. 296829)
                                  **KAZEROUNI LAW GROUP, APC**
                                  245 Fischer Avenue, Unit D1
                                  Costa Mesa, California 92626
                                  Tel: 949-612-9999
                                  ak@kazlg.com
                                  mona@kazlg.com

                                  Jason S. Hartley (Bar No. 192514)
                                  **HARTLEY LLP**
                                  101 West Broadway, Suite 820
                                  San Diego, California 92101
                                  Tel: 619-400-5822
                                  hartley@hartleyllp.com

                                  *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 20, 2020, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: July 20, 2020

                                  /s/ Norman E. Siegel
                                  Norman E. Siegel