Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Abbas Kazerounian (Bar No. 249203)
Mona Amini (Bar No. 296829)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Tel: 949-612-9999
ak@kazlg.com
mona@kazlg.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendant. | Case No. 17-cv-00629-CJC-AFM<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**<br><br>Hearing: November 9, 2020<br>Time: 1:30 p.m.<br>Courtroom: 9B |

**PLEASE TAKE NOTICE** that on Monday, November 9, 2020, at 1:30 p.m., or as soon thereafter as the parties may be heard, before the Honorable Cormac J. Carney, Plaintiff Wanda Smith ("Plaintiff") will, and hereby does, move the Court for entry of an order granting Plaintiff's motion for attorneys' fees, expenses, and a service award seeking attorneys' fees in the amount of $1.25 million, representing 25% of the settlement fund, reimbursement of costs and expenses in the amount of $13,088.83, and approving a service award payment to Ms. Smith in the amount of $10,000.

This motion is based on this notice of motion and motion, the memorandum and all exhibits and attachments thereto, and upon such other and further oral or documentary evidence as may be presented to the Court. Experian does not oppose this motion.

Dated: September 23, 2020

By: */s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com

Abbas Kazerounian (Bar No. 249203)
Mona Amini (Bar No. 296829)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Tel: 949-612-9999
ak@kazlg.com
mona@kazlg.com

Jason S. Hartley (Bar No. 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Tel: 619-400-5822
hartley@hartleyllp.com

*Attorneys for Plaintiff and the Class*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: September 23, 2020

                                           */s/ Norman E. Siegel*
                                           Norman E. Siegel